MAY 8, 1956

**No. 59906.**—John J. Coates Co. et al. v. United States, protests 218001–K, etc.—

—C. D. 1768.  Plaintiffs' application for rehearing denied.

MAY 10, 1956

**No. 59907.**—Wah Shang Company v. United States, protest 181643–K.—

Plaintiff's application for rehearing denied.

MAY 9, 1956

**No. 59908.**—SUIT 4843.—U. S. Vitamin Corporation v. United States—

C. D. 1664 affirmed January 20, 1956.  C. A. D. 607.

BEFORE THE FIRST DIVISION, MAY 17, 1956

**No. 59909.**—Camilli Albert & Laloue, Inc., et al. v. United States, protests 272752–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.